IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **IN RE: SUBPOENA TO VALVE CORPORATION**<br><br>Underlying Litigation:<br><br>*In re Apple iPhone Antitrust Litigation,*<br>  No. 4:11-cv-6714<br><br>U.S. District Court for the Northern District Of California | Misc. Case No. 2:24-mc-00026-TL<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO COMPEL** |

THIS MATTER came before the Court on the Motion to Compel documents and deposition testimony from Valve Corporation ("Valve") brought by Apple Inc. ("Apple") in connection with an ongoing antitrust class action case brought against Apple by a class of app consumers now pending in the Northern District of California entitled *In re Apple iPhone Antitrust Litigation*, Civil Action No. 4:11-cv-6714.

The Court has considered Apple's motion, the Declaration of Nicole L. Castle and the exhibits attached thereto, any opposition or response filed by Valve or any other party, any declarations or other exhibits filed in support of any opposition or response filed by Valve or any other party, and the record and file herein. Based on the foregoing, the Court hereby orders, adjudges, and declares, Apple's Motion to Compel is GRANTED and Valve is ordered to produce all responsive documents and produce a witness to testify at deposition by no later than _____[insert date].

[PROPOSED] ORDER GRANTING
MOTION TO COMPEL

1

MCDERMOTT WILL & EMERY
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

DATED this _____ day of _____, 2024

_____
UNITED STATES DISTRICT COURT JUDGE

Presented By:

**MCDERMOTT WILL & EMERY LLP**

By: _/s/ Daniel-Charles V. Wolf_
Daniel-Charles V. Wolf, WBSA #48211
444 W. Lake St., Ste. #4000
Chicago, IL 60606-0029
(312)372-2000
dcwolf@mwe.com

John J. Calandra (motion for
admission *pro hac vice* forthcoming)
Nicole L. Castle (motion for
admission *pro hac vice* forthcoming)
1 Vanderbilt Avenue
New York, New York 10017
Tel:  212-547-5400
Fax:  212-547-5444
jcalandra@mwe.com
ncastle@mwe.com

Elizabeth A. Rodd (motion for
admission pro hac vice forthcoming)
200 Clarendon Street, Floor 58
Boston, MA 02116
Tel: 617-535-4040
Fax: 617-535-3800
erodd@mwe.com

*Attorneys for Apple Inc.*

[PROPOSED] ORDER GRANTING
MOTION TO COMPEL

2

MCDERMOTT WILL & EMERY
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000