**From:** Wolf, DC <dcwolf@mwe.com>
**Sent:** Friday, April 12, 2024 7:42 PM
**To:** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>
**Cc:** Calandra, John <jcalandra@mwe.com>; Castle, Nicole <NCastle@mwe.com>; Rodd, Elizabeth <Erodd@mwe.com>
**Subject:** New Miscellaneous Matter: In re: Subpoena to Valve Corporation Motion to Compel and Motion to Transfer

**CAUTION - EXTERNAL:**

Good evening,

On behalf of subpoena-issuing party, Apple Inc., please see the attached Motion to Compel, Subpoenas to Valve Corp., and Proposed Order, to be filed as a Miscellaneous Action.

Also attached for filing are the following accompanying papers: (1) Unopposed Motion to Waive Geographic Requirement for Local Counsel, with Proposed Order; (2) Motion to Transfer the Motion to Compel, with Proposed Order; and (3) Supporting Declaration of Nicole Castle, with Exhibits.

Thank you,

DC WOLF (HE/HIM)
Associate
**McDermott Will & Emery LLP**  444 West Lake Street, Suite 4000, Chicago, IL 60606-0029
**Tel** +1 312 899 7228    **Email** dcwolf@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

*********************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*********************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Wolf, DC <dcwolf@mwe.com> |
| **Sent:** | Tuesday, April 16, 2024 3:24 PM |
| **To:** | WAWDdb_NewCasesSea |
| **Cc:** | Calandra, John; Castle, Nicole; Rodd, Elizabeth |
| **Subject:** | RE: New Miscellaneous Matter: In re: Subpoena to Valve Corporation Motion to Compel and Motion to Transfer |
| **Attachments:** | Ex 11 - 3d Am Complaint 229.pdf; Ex 12 - Order 789.pdf; Ex 13 - Pls Class Cert Memo 683.pdf; Ex 14 - Order 630.pdf; Ex. 15 - Joint Schedule 791 .pdf; Ex 1 -Valve Subpoena 12.9.20.pdf; Ex 2 - Apple Deposition Subpoena to Valve.pdf; Ex 3 - 117439392_1_ 2020-12-23 Valve_s Response to Subpoena by Apple-C3.pdf; Ex 4 - Non-Party Valve Corporation's Objections to Apple Inc.'s  Subpoena-C.pdf; Ex 5 - 413 Letter Brief.pdf; Ex 6 -Apple- Hixon Order.pdf; Ex 7 -Valve_Apple Email Offering Deposition Date.pdf; Ex 8 - RE_ Apple's Subpoena to Valve.pdf; Ex 9 - RE_ Valve -- Apple subpoenas.pdf; Ex 10 - 2024.04.11 Ltr to N.Castle re Apple Subpoenas-C.pdf |

**CAUTION - EXTERNAL:**

Hello and thank you for letting us know. Attached please find PDF versions of Exhibits 1-15 to the Declaration of Nicole Castle. These were previously enclosed in a .zip file.

Best

DC Wolf

DC WOLF (HE/HIM)
Associate
**McDermott Will & Emery LLP**  444 West Lake Street, Suite 4000, Chicago, IL 60606-0029
Tel +1 312 899 7228     Email dcwolf@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

**From:** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>
**Sent:** Tuesday, April 16, 2024 4:17 PM
**To:** Wolf, DC <dcwolf@mwe.com>
**Cc:** Calandra, John <jcalandra@mwe.com>; Castle, Nicole <NCastle@mwe.com>; Rodd, Elizabeth <Erodd@mwe.com>
**Subject:** RE: New Miscellaneous Matter: In re: Subpoena to Valve Corporation Motion to Compel and Motion to Transfer

[ External Email ]
Good afternoon,

Please resubmit zip file as pdf documents, thank you.

Deputy Clerk

1