IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **IN RE: SUBPOENA TO VALVE CORPORATION**<br><br>Underlying Litigation:<br><br>*In re Apple iPhone Antitrust Litigation,*<br>   No. 4:11-cv-6714<br><br>U.S. District Court for the Northern District of California | Misc. Case No. 2:24-mc-00026-TL<br><br>**DECLARATION OF NICOLE L. CASTLE IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL AND IN SUPPORT OF APPLE INC.'S MOTION TO TRANSFER**<br><br>NOTE ON MOTION CALENDAR:<br>May 3, 2024:  Motion to Compel<br>May 10, 2024:  Motion to Transfer |

I, Nicole L. Castle, an attorney admitted to practice *pro hac vice* before the issuing Court, the Northern District of California, and seeking admission to practice before this Court, *pro hac vice,* declare pursuant to 28 U.S.C. § 1746 the following:

1. I am a partner at the law firm of McDermott Will & Emery LLP, counsel for Apple Inc. ("Apple") in the above-captioned matter.  I respectfully submit this Declaration, together with the Attached Exhibits, in support of Apple's Motion to Transfer and Motion to Compel.

2. The below statements are made based on my personal knowledge or based upon my review of the underlying documents or discussions with counsel representing Apple in the ongoing underlying antitrust matters.

DECLARATION OF NICOLE L. CASTLE   1

MCDERMOTT WILL & EMERY
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

3. Pursuant to Fed. R. Civ. P. 37(a) and Local Rule 37(1), Apple and Valve's respective counsel most recently met and conferred telephonically regarding Apple's Document Subpoena and Deposition Subpoena on March 27, 2024, April 5, 2024, and April 8, 2024. Valve has not agreed to provide the information requested by Apple in response to the Document Subpoena and has not agreed to schedule the requested 30(b)(6) deposition in response to the Deposition Subpoena.

4. Furthermore, attached hereto as the exhibits are true and correct copies of the following:

Exhibit 1: Document Subpoena served on Valve Corporation dated December 9, 2020

Exhibit 2: Deposition Subpoena served on Valve Corporation dated July 6, 2021

Exhibit 3: Valve's Responses and Objections to the Document Subpoena dated December 23, 2020

Exhibit 4: Valve's Objections to Deposition Subpoena dated July 20, 2021

Exhibit 5: Joint Discovery Letter Brief Regarding Apple's Subpoena to Non-Party Valve Corporation dated February 18, 2021. *In re Apple iPhone Antitrust Litig.*, 4:11-cv-6714, Discovery Letter Brief, ECF No. 413 (N.D. Cal. Feb. 18, 2021)

Exhibit 6: Discovery Order dated February 24, 2021 Compelling Valve's Production of Documents in Response to the Document Subpoena. *In re Apple iPhone Antitrust Litigation*, 4:11-cv-6714, Order, ECF No. 418 (N.D. Cal. Feb. 24, 2021).

Exhibit 7: Electronic communication from counsel for Valve to Apple offering a date for the deposition

Exhibit 8: String of electronic communication between counsel for Apple and Valve regarding the Deposition Subpoena

DECLARATION OF NICOLE L. CASTLE   2

MCDERMOTT WILL & EMERY
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

Exhibit 9: String of electronic communication between counsel for Apple and Valve regarding the Document Subpoena

Exhibit 10:  April 11, 2024 letter from counsel for Valve to Apple

Exhibit 11: Third Amended Complaint.  *In re Apple iPhone Antitrust Litig.*, No. 4:11-cv-6714, Third Amended Compl., ECF No. 229 (N.D. Cal. Sept. 17, 2020)

Exhibit 12: February 2, 2024 order granting Plaintiffs' Renewed Motion for Class Certification and requesting that the parties file a joint statement with a proposed schedule for the balance of the litigation.  *In re Apple iPhone Antitrust Litig.*, 4:11-cv-6714, Order, ECF No. 789 (N.D. Cal. Feb. 2, 2024)

Exhibit 13: Plaintiffs' Renewed Motion for Class Certification.  *In re Apple iPhone Antitrust Litig.*, 4:11-cv-6714, Renewed Mot. for Class Certification, ECF No. 683 (N.D. Cal. Mar. 1, 2023)

Exhibit 14: March 29, 2022 order denying Plaintiffs' Motion for Class Certification Without Prejudice.  *In re Apple iPhone Antitrust Litig.*, 4:11-cv-6714, Order, ECF No. 630 (N.D. Cal. Mar. 29, 2022)

Exhibit 15: February 15, 2024 Joint Schedule.  *In re Apple iPhone Antitrust Litig.*, 4:11-cv-6714, Joint Proposed Schedule, ECF No. 791 (N.D. Cal. Feb. 16, 2024)

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge.

Executed this 12th day of April 2024.

                                                    /s/    Nicole L. Castle

                                                          Nicole L. Castle

DECLARATION OF NICOLE L. CASTLE   3

**CERTIFICATE OF SERVICE**

I, Daniel-Charles Wolf, an attorney, hereby certify that on April 12, 2024, I filed this document with the Clerk of the Court through electronic mail, and served the foregoing Motion via electronic mail to the following parties, through counsel:

Nathan M. Buchter
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Telephone: 215.299.2000
Facsimile: 215.299.2150

*Attorney for Valve Corporation*

*/s/ Daniel-Charles Wolf*
Daniel-Charles Wolf
*Attorney for Apple Inc.*

DECLARATION OF NICOLE L. CASTLE

MCDERMOTT WILL & EMERY
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000