# EXHIBIT 7

| | |
|---|---|
| **From:** | Skok, Gavin W. |
| **To:** | Castle, Nicole; Huttenlocher, Michael |
| **Subject:** | Valve/Apple |
| **Date:** | Tuesday, July 27, 2021 11:58:51 AM |
| **Attachments:** | image001.png |

Nicole & Michael –

I think we still have a few issues to work through about scope and topics, but on the assumption that we can work through those I wanted to try to get a date on the calendar as a placeholder. Assuming we can reach agreement, Valve is available for deposition on August 6. When we last spoke, Apple was going to think further about whether to go forward with topic 1.e at this time—if Apple intends to go forward with it at this time, that may affect the designee and availability, so we will need to discuss scheduling further and get back to you.

I'm in a deposition later today, but how is your schedule to talk on Wed or Thurs?

**Gavin Skok, Esq.**
Partner
Co-Chair of Litigation Department



**Bio** | **Firm Website**
1001 Fourth Avenue | Suite 4500 | Seattle, WA 98154-1192
(206) 389-1731 – direct
(206) 696-3359 – cell
(206) 389-1708 – fax
gskok@foxrothschild.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.