# EXHIBIT 8

| | |
|---|---|
| **From:** | Skok, Gavin W. |
| **To:** | Castle, Nicole |
| **Cc:** | Huttenlocher, Michael |
| **Subject:** | RE: Apple"s Subpoena to Valve |
| **Date:** | Thursday, July 29, 2021 8:14:47 PM |

Thank you.  We understand the subpoena isn't withdrawn, but that the parties agree to take any deposition off calendar for now.  Insofar as the subpoena isn't withdrawn, Valve maintains its objections, which we can talk further about later this year if Apple wants to get a deposition date back on calendar.

Enjoy the rest of your summer as well.

Many thanks,
Gavin

**From:** Castle, Nicole <NCastle@mwe.com>
**Sent:** July 29, 2021 2:26 PM
**To:** Skok, Gavin W. <gskok@foxrothschild.com>
**Cc:** Huttenlocher, Michael <MHuttenlocher@mwe.com>
**Subject:** [EXT] RE: Apple's Subpoena to Valve

Gavin,

Thank you again for the call this afternoon and your email below.  I would characterize our position slightly differently than you have stated below.  Apple is agreeing to defer the time for Valve to comply with the 30(b)(6) deposition notice until a mutually agreeable time early this fall.  I will reach out to you next month so that we can continue our productive discussions concerning the scope of the subpoena.  Although there is no immediate need for Valve to comply with the subpoena, we still do expect that Valve will comply with the subpoena and provide testimony on the topics at a later date.

We look forward to speaking with you again in a few weeks and, in the meantime, I hope you enjoy the rest of your summer.

Thanks,

Nicole

NICOLE L. CASTLE
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5480     **Email** ncastle@mwe.com
**Biography** | **Website** | **vCard** | **Twitter** | **LinkedIn** | **Blog**

**Global Competition Review 100 - Global Elite - 14th Edition**
*McDermott Ranks Among the Leading Antitrust and Competition Practices in the World*

**\*\* We have moved. Please note our new address (above). \*\***

---

**From:** Skok, Gavin W. <gskok@foxrothschild.com>
**Sent:** Thursday, July 29, 2021 4:45 PM
**To:** Castle, Nicole <NCastle@mwe.com>
**Cc:** Huttenlocher, Michael <MHuttenlocher@mwe.com>
**Subject:** FW: Apple's Subpoena to Valve


Nicole –

This email is to formally confirm our discussion and agreement this afternoon that Apple is not going forward at this time with the 30(b)(6) deposition of Valve noticed in the attached subpoena.  We understand that Apple may later seek a 30(b)(6) deposition of Valve on these or other topics, and can discuss those when/if that happens.  Meanwhile, we understand Valve is relieved of any duty to comply with the attached subpoena or to appear for a deposition.

I appreciate your consideration and Apple's courtesy, and will pass it along to Valve.

Many thanks,
Gavin

---

**From:** Castle, Nicole <NCastle@mwe.com>
**Sent:** July 6, 2021 4:22 PM
**To:** Skok, Gavin W. <gskok@foxrothschild.com>
**Subject:** [EXT] Apple's Subpoena to Valve

Gavin,

As discussed, attached is a courtesy copy of a deposition subpoena to Valve.  We are in the process of formally serving it but please let us know if you will accept service.  We have tentatively set the date for July 26.  Please let us know when you are available to meet and confer on the date and delineated topics.

Thank you,

Nicole

NICOLE L. CASTLE
Partner
**McDermott Will & Emery LLP**  340 Madison Avenue, New York, NY 10173-1922
**Tel** +1 212 547 5480     **Email** ncastle@mwe.com
**Biography** | **Website** | **vCard** | **Twitter** | **LinkedIn** | **Blog**

**Global Competition Review 100 - Global Elite - 14th Edition**
*McDermott Ranks Among the Leading Antitrust and Competition Practices in the World*

**\*\*We are moving! Effective July 19, 2021, our new address will be:
One Vanderbilt Avenue, New York, NY, 10017 \*\***

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our [Privacy Policy](#) explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit [http://www.mwe.com/](http://www.mwe.com/) for more information about our Firm.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.