The Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **IN RE: SUBPOENA TO VALVE CORPORATION**<br><br>Underlying Litigation:<br><br>*In re Apple iPhone Antitrust Litigation,*<br>     No. 4:11-cv-6714<br><br>U.S. District Court for the Northern District of California | Case No. 2:24-mc-0026-TL<br><br>**NOTICE TO WITHDRAW PENDING MOTIONS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as authorized in LCR 7(*l*), Apple Inc. hereby withdraws, without prejudice to re-filing, its pending Motion to Compel (ECF No. 1) and Motion to Transfer (ECF No. 4), both currently noted on the motion calendar for May 10, 2024.

DATED: May 3, 2024

McDermott Will & Emery LLP

By: */s/ Daniel-Charles Wolf*
     Daniel-Charles V. Wolf, WSBA #48211

444 W. Lake St., Ste. #4000
Chicago, IL 60606-0029
(312) 372-2000
dcwolf@mwe.com

*Attorney for Apple Inc.*

NOTICE OF WITHDRAWAL – 1
MC24-0026-TL

McDermott Will & Emery
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
Telephone: 312.372.2000

**CERTIFICATE OF SERVICE**

I, Daniel-Charles Wolf, an attorney, hereby certify that on May 3, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Nathan M. Buchter
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Telephone: 215.299.2000
nbuchter@foxrothschild.com

Grace Wan
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: 206.389.1761
gwan@foxrothschild.com

*Attorneys for Valve Corporation*

　　　　　　　　　　　　　　　　*/s/ Daniel-Charles Wolf*
　　　　　　　　　　　　　　　　Daniel-Charles Wolf

　　　　　　　　　　　　　　　　*Attorney for Apple Inc.*

NOTICE OF WITHDRAWAL – 2
MC24-0026-TL

MCDERMOTT WILL & EMERY
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000